IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL A. BATEMAN, Deputy Warden of Classification; MARK BARTHOLOMEW, Grievance Supervisor; CORRECTION OFFICER BRAD NICHOLAS; CORRECTION OFFICER MICHAEL DIACOGIANNIS; CORRECTION OFFICER EDWARD RODRIGUEZ; CORRECTION OFFICER MICHAEL MAZUR; and JANE DOE CORRECTION OFFICER,<br><br>    Defendants. | CIVIL ACTION<br>NO. 14-6242 |

## ORDER

AND NOW, this 7th day of July, 2016, upon consideration of the plaintiff's motion for summary judgment and defendants' motion for summary judgment and all responses and replies thereto, it is hereby ORDERED as follow:

1. Plaintiff's motion for summary judgment [Doc. 39 ] is DENIED.

2. Defendants' motion for summary judgment [Doc. 40] is GRANTED.

3. Judgment is ENTERED in favor of the defendants and against the plaintiff.

4. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.