IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARC DAVIS** | : CIVIL ACTION |
| | : |
| v. | : NO. 14-6242 |
| | : |
| **NORTHAMPTON COUNTY** | : |
| **DEPARTMENT OF CORRECTIONS, et al.** | : |

## O R D E R

**AND NOW,** this 22nd day of November, 2016, upon consideration of plaintiff's motion for extension to file notice of appeal, and all responses and replies thereto, it is **ORDERED** that the motion [Doc. 50] is **DENIED**.

It is further ORDERED that both Notices of Appeal that appear on the docket [Docs. 51 and 56] are **STRICKEN.**

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**